SAO
RICHARD J. PYATT, ESQ.
Nevada Bar No. 2777
PYATT SILVESTRI
7670 W. Lake Mead Blvd., Suite 250
Las Vegas, NV 89128
Tel: (702) 383-6000
Fax: (702) 477-0088
rpyatt@pyattsilvestri.com

Attorney for Defendant,
IKE GAMING, INC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS,<br><br>Plaintiff,<br><br>vs.<br><br>IKE GAMING, INC., d/b/a EL CORTEZ HOTEL AND CASINO,<br><br>Defendants. | CASE NO.: 2:24-cv-02019-GMN-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE ANSWER** |

IT IS HEREBY STIPULATED by and between Robert P. Spretnak, Esq., attorney for the Plaintiff JOHN MEGGS, and Richard J. Pyatt, Esq., attorney for the Defendant, IKE GAMING, INC., that the Defendant shall be granted an extension of time to file its Answer to the Complaint in this action, extending the deadline from December 10, 2024, to December 30, 2024.

RESPECTFULLY SUBMITTED this 10th day of December, 2024.

| LAW OFFICES OF ROBERT P. SPRETNAK | PYATT SILVESTRI |
|---|---|
| /s/ Robert P. Spretnak | /s/ Richard J. Pyatt |
| Robert P. Spretnak | Richard J. Pyatt |
| Nevada Bar No. 5135 | Nevada Bar No. 2777 |
| 8275 S. Eastern Ave., Suite 201 | 7670 W. Lake Mead Blvd., Suite 250 |
| Las Vegas, Nevada 89123 | Las Vegas, Nevada 89128 |
| bob@spretnak.com | rpyatt@pyattsilvestri.com |
| *Attorney for Plaintiff, JOHN MEGGS* | *Attorney for Defendant, IKE GAMING, INC.* |

## ATTESTATION OF CONCURRENCE IN FILING

I hereby attest and certify that on this **10th** day of December, 2024, I received concurrence from Plaintiff's counsel, Robert P. Spretnak, to file this document with his electronic signature attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this ____ day of December 2024.

_____
RICHARD J. PYATT
Nevada Bar No. 2777

## ORDER

IT IS SO ORDERED.

DATED this 11th day of December, 2024.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge