MARCUS J. LEE (Nevada Bar No. 15769)
E: Mlee@ohaganmeyer.com
JEFF WINCHESTER (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Ste 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for IKE Gaming, Inc. dba El Cortez Hotel and Casino*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS<br><br>    *Plaintiff,*<br><br>vs.<br><br>IKE GAMING, INC. d/b/a EL CORTEZ HOTEL and CASINO,<br><br>    *Defendant,* | Case No. 2:24-cv-02019-GMN-MDC<br><br>**AMENDED SUBSTITUTION OF COUNSEL** |

Pursuant to this Court's Order [Doc. No. 14], Michael Nolan, a representative of IKE Gaming, Inc. d/b/a El Cortez Hotel and Casino ("Defendant") hereby consents to the substitution of Marcus Lee and Jeff Winchester, of the law firm O'HAGAN MEYER located at 300 S. 4th Street, Las Vegas, NV 89101, Phone: 725-286-2801, as attorneys of record in this matter.

DATED: January __8__, 2025     _____/s/ Michael Nolan_____

    Michael Nolan, Chief Operating Officer

I consent to the above substitution.

DATED: January 8, 2025     ___/s/ Richard Pyatt_____

    Richard Pyatt, Attorney for Defendant

1. I am duly admitted to practice in this District.
2. Above substitution is accepted.

DATED: January 8, 2025          /s/ Jeff Winchester

Representative of O'Hagan Meyer PLLC

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Dated: 1/23/2025

2