LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: 702-454-4900
Fax: 702-938-1055
Email: bob@spretnak.com

ADAdvocates LLC
George W. Wickhorst, III, Esq. (admitted pro hac vice)
777 Brickell Avenue, Suite 400
Miami, Florida 33131
Telephone: 305-481-9809
Email: george@adadvocates.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, individually, | ) )  Case No.: 2:24-cv-02019-GMN-MDC |
| Plaintiff, | ) ) |
| vs. | ) ) |
| IKE GAMING, INC., d/b/a EL CORTEZ HOTEL AND CASINO, | ) )  **STIPULATION AND ORDER OF** ) )  **DISMISSAL WITH PREJUDICE** |
| Defendant. | ) ) |

Plaintiff JOHN MEGGS and Defendant IKE GAMING, INC., d/b/a EL CORTEZ HOTEL AND CASINO, by and through their respective counsels of record, STIPULATE and AGREE that this matter shall be dismissed with prejudice.

////

////

////

////

////

////

////

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Each party shall bear his or its own attorney's fees and/or costs.

DATED:  February 12, 2026.                    DATED:  February 12, 2026.

LAW OFFICES OF ROBERT P. SPRETNAK      O'HAGAN MEYER PLLC

By: /s/ Robert P. Spretnak                     By: /s/ Jeffrey D. Winchster
    Robert P. Spretnak, Esq. (Bar No. 5135)        Marcus J. Lee, Esq. (Bar No. 15769)
                                           Jeffrey D. Winchester, Esq. (Bar No. 10279)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123                        300 S. Fourth Street, Suite 1250
                                           Las Vegas, Nevada 89101

ADAdvocates LLC                                Attorneys for Defendant

By: George W. Wickhorst, III, Esq.
    (admitted pro hac vice)

777 Brickell Avenue, Suite 400
Miami, Florida 33131

Attorneys for Plaintiff

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED:  February 25, 2026
_____

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123